**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RELIANT INCOME FUND, LLC; and
RELIANT INCOME STBL II, LLC

v.

NEXT BANK INTERNATIONAL, INC.; RICHARD BALLES; ANAXIMANDRO MORAES; GARFIELD ANTONIO; COMMUNITY REDEVELOPMENT, INC.; ARTISTRY DC 1, LLC; 2228 13TH LLC; 21ST CONDOS LLC; 1326 8TH ST LLC; 1000 18TH ST NE 2020 LLC; 1320 8TH ST FUND LLC; A/X CARPENTERS, LLC; AND RBC PROPERTIES LLC

No. 2:25-cv-06341-GAW

**ORDER**

AND NOW, this 30th day of July 2026, upon consideration of Defendants' Motion to Dismiss the Amended Complaint (Dkt. 48), and Plaintiffs' opposition thereto (Dkt. 51), it is hereby ORDERED that Defendants' Motion is DENIED. Defendants are directed to answer the Amended Complaint within 21 days.

BY THE COURT:

GAIL A. WEILHEIMER, J.